UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NIVALDO RIASCOS,<br><br>　　　　　　　　Defendant. | CASE NO. CR07-0343JLR<br><br>ORDER |

Before the court is *pro se* Defendant Nivaldo Riascos's "Opposition to Government's Memorandum Re: Defendant's Letter to the Clerk's Office for Production of Grand Jury Transcripts." (Opp. (Dkt. # 519).) Mr. Riascos's "Opposition" appears to be a belated reply brief in support of his motion requesting grant jury transcripts. (Mot. (Dkt. # 516).) The court denied that motion on July 14, 2017. (7/14/17 Order (Dkt. # 518).) Having considered the "Opposition," the relevant portions of the record, and the applicable law, the court DENIES the "Opposition" and declines to reconsider its prior order denying Mr. Riascos's motion requesting grand jury transcripts.

ORDER - 1

1     Whether construed as a belated reply brief or a motion for reconsideration, Mr.
2 Riascos's filing lacks merit. He asserts that he seeks grand jury transcripts for his
3 "anticipated proceedings, i.e., §§2241 & 1983." (Opp. at 2.) Whatever discovery Mr.
4 Riascos may be entitled to in other proceedings, he has not demonstrated an entitlement
5 to those materials in this long-closed criminal matter. (*See* 7/14/17 Order at 1.) He also
6 fails to demonstrate "manifest error in the prior ruling" or "new facts or legal authority
7 which could not have been brought to [the court's] attention earlier with reasonable
8 diligence," and he is therefore not entitled to reconsideration. Local Rules W.D. Wash.
9 LCrR 12(b)(10)(A). The court accordingly DENIES the "Opposition" (Dkt. # 519) and
10 declines to reconsider its prior order denying Mr. Riascos's motion requesting grand jury
11 transcripts.

12     Dated this 26th day of July, 2017.

                                               JAMES L. ROBART
                                               United States District Judge