1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

UNITED STATES,

CASE NO. CR07-0343JLR

11

Plaintiff,

MINUTE ORDER

v.

12

13

NIVALDO RIASCOS,

14

Defendant.

15    The following minute order is made by the direction of the court, the Honorable

16 James L. Robart:

17    This court has received Defendant Nivaldo Riascos's affidavit in support of his

18 request for the grand jury transcripts. (*See* Affidavit (Dkt. # 521).) However, the court

19 has already previously denied Mr. Riascos's motion to request grand jury transcripts on

20 July 14, 2017. (7/14/2017 Order (Dkt. # 518).) On July 26, 2017, the court, in

21 considering Mr. Riascos's belated reply brief in support of his motion, again reiterated

22 that the motion had already been denied. (7/26/2017 Order (Dkt. # 520).) Thus, the court

MINUTE ORDER - 1

1   will not consider Mr. Riascos's affidavit filed after his motion has already been decided.

2   If Mr. Riascos is not receiving the court's past orders, the court can send additional

3   copies of the previous orders.

4           Filed and entered this 24th day of October, 2017.

5                                           WILLIAM M. MCCOOL
                                            Clerk of Court
6

7                                           s/ Ashleigh Drecktrah
                                            Deputy Clerk
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22