UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIVALDO RIASCOS | Case No. CR07-0343JLR<br><br>ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)<br><br>(COMPASSIONATE RELEASE) |

Upon motion of the Defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is DENIED after complete review of the motion on the merits.

In deciding the motion, the court considered the following factors: Defendant's age (51); the COVID-19 situation in Defendant's current BOP facility; Defendant's susceptibility to COVID-19 arising from his mental and physical conditions including hypertension; Defendant's efforts at rehabilitation; Defendant's conviction on the underlying counts, sentence (408 months) and period of time in custody; communications from Defendant's family in support of Defendant's release; Defendant's release plans; and the U.S.C. § 3553(a) factors.

Defendant has not established extraordinary and compelling reasons to grant his motion. Therefore, the motion (Dkt. # 523) is DENIED.

//

//

//

IT IS SO ORDERED.

Dated: February 22, 2021

                                                    JAMES L. ROBART  
                                                    United States District Judge